# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) Case No. 7:10-CR-00070-3 |
| v. | ) |
| | ) |
| **DONALD JEROME WHORLEY,** | ) |
| | ) By: Michael F. Urbanski |
| Defendant | ) Chief United States District Judge |

## ORDER

As set forth in the accompanying memorandum opinion, Whorley's motion for early termination of supervised release, ECF No. 214, is **DENIED without prejudice**.

It is so **ORDERED**.

ENTERED: September 3, 2021

_____
Michael F. Urbanski
Chief United States District Judge